UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARISOL MEJIA,

        Plaintiff,

-against-

KENDRICK STOVALL, *et al.*,

        Defendant.

17cv5402

ORDER

---

WILLIAM H. PAULEY III, Senior United States District Judge:

    It having been reported to this Court that this action has been or will be settled (ECF No. 35), this action is discontinued without costs to any party, and without prejudice to reopening this action if such an application is made within thirty (30) days of this Order.

    The Clerk of Court is directed to terminate all pending motions and mark this case as closed.

Dated: March 31, 2020
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.